IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID NELSON,

        Plaintiff,

v.

JANSSEN PHARMACEUTICALS
And JOHNSON & JOHNSON,

        Defendants.

ORDER

14-cv-707-wmc

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 31st day of October, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1