IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID NELSON,

           Plaintiff,

v.                                                ORDER

JANSSEN PHARMACEUTICALS and          14-cv-707-jdp
JOHNSON & JOHNSON,

           Defendants.

---

MICHAEL L. WINSTON,

           Plaintiff,

v.                                            16-cv-23-jdp

JANSSEN PHARMACEUTICAL, INC.,

           Defendant.

---

     The above-captioned cases present complex issues regarding side effects associated with the drug Risperdal/risperidone. Plaintiffs Nelson and Winton bring products liability claims that will be very difficult to prosecute on their own, with limited resources. It is in the best interests of the parties and the court to *sua sponte* begin the process of recruiting counsel for both plaintiffs. While the court attempts to secure representation for both plaintiffs, I will STAY these proceedings.

     Entered July 13, 2016.

                                     BY THE COURT:

                                     /s/

                                     _____
                                     JAMES D. PETERSON
                                     District Judge