IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID NELSON,

          Plaintiff,

v.                                                 ORDER

JANSSEN PHARMACEUTICALS and          14-cv-707-jdp
JOHNSON & JOHNSON,

          Defendants.

---

DAVID DARNELL NELSON, JR.,

          Plaintiff,

v.                                                 ORDER

MATTHEW BURNS, ANDREW LARSON,         16-cv-506-jdp
HSU MANAGER DOE, and MICHAEL LUNDE,

          Defendants.

---

On April 6, 2017, I received a letter from plaintiff David Nelson. Nelson talks about an order that I issued last May in case number 14-cv-707, asking him to supplement his allegations to establish the court's subject matter jurisdiction over his claims. Dkt. 18. Nelson responded a short time later, Dkt. 19, and I concluded that he had provided enough information for me to determine that the court may exercise subject matter jurisdiction over his claims pursuant to 28 U.S.C. § 1332. Dkt. 20.

Now it appears that Nelson has forgotten that he already addressed my concerns, because he asks me to help him establish subject matter jurisdiction. I write now to assure Nelson that he already successfully responded to my May 2016 jurisdictional order, and he need not worry about amending his allegations to establish diversity jurisdiction.

At the close of the letter, Nelson states that he does not want me to "worry about" case number 16-cv-506 and that he wants to "drop[] it." It appears that Nelson would like to drop that lawsuit completely, although I am reluctant to do so on the basis of a comment in a footnote. I will give Nelson two weeks to tell me whether he wants to continue with case number 16-cv-506. If he would like to drop that suit, he should clearly state that he would like to voluntarily dismiss that lawsuit.

ORDER

IT IS ORDERED that plaintiff David Nelson may have until May 1, 2017, to tell the court whether he would like to continue to prosecute his claims in case number 16-cv-506, or whether he would like to dismiss that lawsuit.

Entered April 17, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge