IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID NELSON,

    Plaintiff,

v.

JANSSEN PHARMACEUTICALS and
JOHNSON & JOHNSON,

    Defendants.

ORDER

14-cv-707-jdp

---

In an order entered on April 23, 2018, I directed pro se plaintiff David Nelson to advise the court by May 11, 2018, whether he wished to continue litigating this case on his own or dismiss the case without prejudice. I told Nelson that if he failed to respond by May 11, I would consider his silence to mean that he wishes to dismiss his case without prejudice.

It is now past Nelson's deadline, and he has not responded to the court's order. Accordingly, I will dismiss the case.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice. The clerk of court is directed to close this case.

Entered May 21, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge