IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID NELSON,

    Plaintiff,

v.

JANSSEN PHARMACEUTICALS and
JOHNSON & JOHNSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-707-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                        5/21/2018

Peter Oppeneer, Clerk of Court            Date